AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Judith A. Kelly - Vessel<br>*c/o Judith A. Kelly - Living Wo-Man*<br>*Plaintiff*<br>v. | )<br>)    Civil Action No.    3:23-cv-05096-JDA<br>)<br>) |
| PennyMac Loan Services, LLC.<br>Its agents, its Attorneys, et al | )<br>) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, Judith A. Kelly - Vessel *c/o Judith A. Kelly - Living Wo-Man* , take nothing of the defendant, PennyMac Loan Services, LLC, *Its agents, its Attorneys, et al,* and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable, Jacquelyn D. Austin, United States District Judge, presiding. The Court having accepted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended defendant's motion to dismiss be granted.

Date:  September 12, 2024

*ROBIN L. BLUME, CLERK OF COURT*

s/ A. Snipes

_____
*Signature of Clerk or Deputy Clerk*